UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 21-cv-14412-MARTINEZ

ALAN GROCHOWSKI, SR.,

     Plaintiff,

v.

GLOBAL EQUITY FINANCE, INC.,

     Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Notice of Dismissal, (ECF No. 42).

Having reviewed the record and otherwise being fully advised, it is:

ORDERED and ADJUDGED that this action is DISMISSED with prejudice as to Plaintiff

Alan Grochowski, Sr., and DISMISSED without prejudice as to any other member of the putative

class, all pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of January, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record